ROSA GUTIERREZ, Respondent-Appellant, v RAYMOND R. MAKUCH et al., Appellants-Respondents. [771 NYS2d 468]—Appeal and cross appeal from an order of the Supreme Court, Chautauqua County (Joseph Gerace, J.), entered November 12, 2002. The order, inter alia, denied defendants' motion for summary judgment dismissing the complaint in a personal injury action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present— Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.